NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUNSTONE DENTAL, LLC,**
*Plaintiff-Appellant,*

v.

**KAVO DENTAL GMBH** AND
**KAVO DENTAL CORPORATION,**
*Defendants-Appellees.*

---

2011-1090

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-2147, Judge Otis D. Wright, II.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw William R. Zimmerman as counsel for Sunstone Dental, LLC,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William R. Zimmerman, Esq.
David G. Mangum, Esq.
William Chapman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 2 8 2010**

**JAN HORBALY**
**CLERK**